# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 16-53896 |
| Crystal L. Sommerville | : | Chapter 13 |
| Debtor. | : | Judge C. Kathryn Preston |

### APPRAISAL OF DEBTOR'S REAL PROPERTY

W. Mark Jump, attorney for the Debtor, hereby submits the appraisal of the Debtor's real property (see attached Exhibit "A").

Date: July 8, 2016

Respectfully submitted,

/s/ W. Mark Jump
W. Mark Jump (0062837)
Jump Legal Group, LLC
2130 Arlington Avenue
Columbus, OH 43221
614-481-4480 Phone
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the foregoing Appraisal was served upon the following parties on this 8th day of July, 2016.

/s/ W. Mark Jump
W. Mark Jump (0062837)
Jump Legal Group, LLC
2130 Arlington Avenue
Columbus, OH 43221
614-481-4480 Phone
Attorney for Debtor

**SERVED ELECTRONICALLY:**

Frank M. Pees, Chapter 13 Trustee

Office of the United States Trustee

W. Mark Jump, on behalf of Debtor

Dean R. Prober, on behalf of Deutsche Bank National Trust Company

Columbus Appraisal Company, LLC.

# INVOICE

| | |
|---|---|
| **FROM:** | |
| Columbus Appraisal Company, LLC. | |
| PO Box 1946 | |
| Powell, OH 43065-1946 | |
| CAC-LegalAppraisals.com | |
| **Telephone Number:** (614) 553-7625    **Fax Number:** | |

| INVOICE NUMBER |
|---|
| 16443 |
| **DATE** |
| 07/07/2016 |
| **REFERENCE** |

| | |
|---|---|
| **Internal Order #:** | 16443 |
| **Lender Case #:** | |
| **Client File #:** | BK#16-53896 |
| **Main File # on form:** | 16443 |
| **Other File # on form:** | 16-53896 |
| **Federal Tax ID:** | |
| **Employer ID:** | |

**TO:**
Danielle
Jump Legal Group
2130 Arlington Ave
Columbus, OH 43221

**Telephone Number:** 614-481-4480    **Fax Number:**
**Alternate Number:**    **E-Mail:** ddemming@jumplegal.com

## DESCRIPTION

| | |
|---|---|
| **Lender:** Jump Legal Group | **Client:** Jump Legal Group |
| **Purchaser/Borrower:** Clients: Crystal Sommerville / Jump Legal Group | |
| **Property Address:** 343 Haymarket Pl | |
| **City:** Columbus | |
| **County:** Franklin    **State:** OH    **Zip:** 43230 | |
| **Legal Description:** 343 HAYMARKET PLACE ROYAL MANOR 2 893 | |

| FEES | AMOUNT |
|---|---|
| BK-Franklin County-RVE | 200.00 |
| **SUBTOTAL** | 200.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 0 |
| **TOTAL DUE**    $ | 200.00 |

Form NIV3 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. 16443

Dear Client,

Pursuant to your request for our appraisal services, the 'intended use' of this appraisal report is to determine the fair market value of the subject property as of the effective date of the appraisal for the US Bankruptcy Court, Southern District of Ohio. Furthermore, the 'intended use' is for the specific bankruptcy case number indicated in the request for appraisal services and within this appraisal report, and is specific to the 'scope of work' of this appraisal. Use of this appraisal associated with any other intended use, by any other intended user or for use in any other case number is strictly prohibited.

If you find that you have the need to file a new case number associated with the property that is the subject of this appraisal, please contact us so we can provide you with an updated appraisal.

If you have any questions regarding this, please don't hesitate to contact our office.


Sincerely,


Benjamin C. Todd
President/Chief Appraiser

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
343 Haymarket Pl
Columbus, OH 43230
343 HAYMARKET PLACE ROYAL MANOR 2 893

### FOR
Jump Legal Group
2130 Arlington Ave
Columbus, OH 43221
BK#16-53896

### OPINION OF VALUE
106,000

### AS OF
07/07/2016

### BY
Benjamin C. Todd
Columbus Appraisal Company, LLC
PO Box 1946
Powell, OH 43065
614-553-7625
info@appraisecolumbus.com
CAC-legalappraisals.com

| Borrower | Clients: Crystal Sommerville / Jump Legal Group | File No. | 16443 | | |
|---|---|---|---|---|---|
| Property Address | 343 Haymarket Pl | | | | |
| City | Columbus | County Franklin | State OH | Zip Code | 43230 |
| Lender/Client | Jump Legal Group | | | | |

## TABLE OF CONTENTS

Cover Letter ................................................................................................................................................................. 1
Cover Page .................................................................................................................................................................. 2
Addendum Page .......................................................................................................................................................... 3
Aerial Map ................................................................................................................................................................... 4
Real Estate Value Estimate ........................................................................................................................................ 5
Location Map ............................................................................................................................................................... 6
Subject Photos ............................................................................................................................................................ 7
Comparable Photos 1-3 .............................................................................................................................................. 8
Limited Appraisal Departure Disclosure .................................................................................................................... 9
USPAP Identification ................................................................................................................................................ 10
UAD Definitions Addendum ..................................................................................................................................... 11

**Addendum Page**                                                                    File No. 16443

| Borrower | Clients: Crystal Sommerville / Jump Legal Group | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 343 Haymarket Pl | | | | | | |
| City | Columbus | County | Franklin | State | OH | Zip Code | 43230 |
| Lender/Client | Jump Legal Group | | | | | | |

**COMPLETE COPY:**
A complete copy of this appraisal report includes fourteen (14) pages.  (Excluding the invoice)

**INTENDED USE:**
Pursuant to the clients order and the described 'scope of work', the 'intended use' of this appraisal report is to determine the fair market value as of the effective date of the appraisal for the US Bankruptcy Court,  *Case #16-53896, in the Southern District of Ohio.
*Use in any other case is strictly prohibited.

**INTENDED USER:**
The 'intended user' is the specified client/clients and the US Bankruptcy Court.  Use by any other party is strictly prohibited.  Any party receiving a copy of this Appraisal Report in order to satisfy disclosure requirements does not become an intended user of the appraisal unless the appraiser identifies such party as an intended user as part of the assignment.  No other intended users have been identified.
NOTE: This appraisal report is not intended for lending purposes.

**DISCLOSURE OF PRIOR SERVICES:**
I have performed no services, as an appraiser or in any other capacity, regarding the property that  is the subject of this report within the three-year period immediately preceding acceptance of the assignment.

**APPRAISAL ASSISTANCE:**
Appraisal assistance was provided by Kerry D. Mcgee, Registered Real Estate Appraiser Assistant, #OH2013002075.  Assistance included entering data into the report, as well as verifying market data, subject data and comparable property data.

**HIGHEST AND BEST USE:**
The subjects neighborhood has been analyzed for the 'highest and best' use.  It is the appraiser's opinion that the subjects current use is the 'highest and best' use as of the effective date of the appraisal.

**EXTRAORDINARY ASSUMPTION:**
**STANDARDS RULE 2-1 (c)**
1) The "extraordinary assumption' has been made that the interior of the subject is in similar condition to the exterior.
2) I assume that the properties title is good and marketable, and will render no opinions about the quality of the title.
3) I assume that there are no hidden or unapparent conditions of the soil or subsoil that would render it more or less valuable.
NOTE: Use of the 'extraordinary assumption' might have affected the assignment results.

**REAL PROPERTY INTEREST APPRAISED:**
Fee Simple

**DEFINITION OF 'MARKET VALUE':**
Market Value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Source: Fannie Mae

**OPINION OF 'MARKET VALUE':**
Opinion of Value is in terms of cash or of financing terms equivalent to cash.

**OPINION OF 'MARKET VALUE' is 'SUBJECT TO' the 'EXTRAORDINARY ASSUMPTION':**
THE ESTIMATED VALUE NOTED WITHIN THIS REPORT IS 'SUBJECT TO' the 'EXTRAORDINARY ASSUMPTION' that the interior of the property is in similar condition to the exterior, as the subject was inspected from the exterior only.

**COURT TESTIMONY/APPEARANCE:**
The appraiser will not give testimony or appear in court because he performed an appraisal of the subject property without compensation for such testimony.  Compensation for testimony is one hundred and fifty dollars ($250) for travel to and from the court, (US Bankruptcy Court, Columbus, OH) including the first hour in court, and one hundred dollars ($100) for each additional hour.

### Aerial Map

| Borrower | Clients: Crystal Sommerville / Jump Legal Group | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 343 Haymarket Pl | | | | | | |
| City | Columbus | County | Franklin | State | OH | Zip Code | 43230 |
| Lender/Client | Jump Legal Group | | | | | | |



Form MAP_LT.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# REAL ESTATE VALUE ESTIMATE

## SUBJECT

Contact: Clients: Crystal Sommerville / Jump Legal Group  
Census Tract: 0074.24  Map Reference: 18140  
Property Address: 343 Haymarket Pl  
Check one: ☒ SF  ☐ PUD  ☐ CONDO  ☐ 2-4 Units  
City: Columbus  County: Franklin  State: OH  Zip Code: 43230  
Phone No. Res.: NA  Loan Amount $: NA  Term: NA  Mos. Owner's Est. of Value $: NA  

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport (specify type & no.) | Porches, Patio or Pool (specify) | Central Air |
|---|---|---|---|---|---|---|---|
| 5 | 3 | 1.0 | ☒ Yes ☐ No | 972 Sq. Ft. | none noted | cvrdprch, cvrddk | ☒ Yes ☐ No |

## FIELD REPORT

### NEIGHBORHOOD

Location: ☐ Urban  ☒ Suburban  ☐ Rural  
Built Up: ☒ Over 75%  ☐ 25% to 75%  ☐ Under 25%  
Growth Rate: ☐ Fully Dev.  ☐ Rapid  ☒ Steady  ☐ Slow  
Property Values: ☐ Increasing  ☒ Stable  ☐ Declining  
Demand/Supply: ☐ Shortage  ☒ In Balance  ☐ Oversupply  
Marketing Time: ☒ Under 3 Mos.  ☐ 4-6 Mos.  ☐ Over 6 Mos.  

Property Compatibility: Good ☐ Avg ☒ Fair ☐ Poor ☐  
General Appearance of Properties: Good ☐ Avg ☒ Fair ☐ Poor ☐  
Appeal to Market: Good ☐ Avg ☒ Fair ☐ Poor ☐  

Present Land Use: 65% 1 Family  10% 2-4 Family  10% Apts.  5% Condo  10% Commercial  0% Industrial  0% Vacant  0% 100 Total  
Change in Present Land Use: ☒ Not Likely  ☐ Likely  ☐ Taking Place From _____ To _____  
Predominant Occupancy: ☒ Owner  ☐ Tenant  ___% Vacant  
S/F Price Range $ 55,000 to $ 155,000  $ 124,000 = Predominant Value  
S/Family Age: 43 yrs. to 76 yrs.  Predominant Age 53 yrs.

Comments including those factors affecting marketability (e.g. public parks, schools, view, noise): The subject property is located in Columbus, Ohio and is served by the Gahanna Jefferson City School District. The area consist mainly of single-family residential properties with a mix of multi-family and commercial development. The market shows signs of stabilizing, but short sales and REO/HUD properties continue to be factor.

### SUBJECT PROPERTY

Approx. Yr. Blt. 19 64  # Units 1  # Stories 2.0  
Type (det, duplex, semi/det. etc.): single family detached  
Design (rambler, split, etc.): bi-level  
Exterior Wall Mat.: frame:aluminum,wood  Roof Mat.: asphalt shingle  
Is the property in a HUD-Identified Special Flood Haz. Area?  ☒ No  ☐ Yes  
Special Energy-Effic. Items: None noted.

PROPERTY RATING: Good ☐ Avg ☐ Fair ☒ Poor ☐  
Condition of Exterior: Fair ☒  
Compatibility to Neighborhood: Fair ☒  
Appeal and Marketability: Fair ☒  

Comments (favorable or unfavorable incl. deferred maintenance): The subject property appears to be in below average overall condition. The property appears to be dated with an older roof and old aluminum and wood exterior siding. A prior MLS listing indicates that the subject has central a/c, but window a/c units & fans were present at the time of the driveby inspection. The central a/c unit may be in need of repair.

## MARKET COMPARABLE ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 343 Haymarket Pl Columbus, OH 43230 | 350 Triumph Way Columbus, OH 43230 | | 332 Avonwick Pl Columbus, OH 43230 | | 249 Regents Rd Columbus, OH 43230 | |
| Proximity to Sub. | | 0.30 miles W | | 0.09 miles E | | 0.21 miles SW | |
| Sales Price | $ | $ 119,000 | | $ 110,000 | | $ 110,000 | |
| Date of Sale and | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Time Adjustment | | 06/2016 | | 04/2016 | | 01/2016 | |
| Location | Gahanna Jefferson SD | Gahanna Jefferson SD | | Gahanna Jefferson SD | | Gahanna Jefferson SD | |
| Site/View | similar homes | similar homes | | similar homes | | similar homes | |
| Age | 52 | 54 | 0 | 52 | | 53 | 0 |
| Condition | Q4-C4 | Q4-C3 (updates) | -10,000 | Q4-C4 | | Q4-C4 | |
| Living Area Rm. Count and Total | Total 5 / B-rms 3 / Baths 1.0 | Total 5 / B-rms 3 / Baths 1.0 | | Total 5 / B-rms 3 / Baths 1.0 | | Total 5 / B-rms 3 / Baths 1.0 | |
| Gross Living Area | 972 Sq. Ft. | 972 Sq. Ft. | | 972 Sq. Ft. | | 928 Sq. Ft. | |
| Air Conditioning | cac | cac | | cac | | cac | |
| Garage/Carport | none noted | none noted | | 1 car detached | -4,000 | 1 carport | -1,500 |
| Porches, Patio, Pools, etc. | cvrdprch,cvrddeck | covered deck | | cvrdprch,deck | | cvrdprch,deck enclosed porch | |
| Special Energy-Efficient Items | none noted roof repair needed | none noted NA | -3,000 | none noted newer roof | -6,000 | none noted newer roof | -6,000 |
| Other | bsmt:rcrm,bdr,hba | bsmt:rcrm,bdr,hba | | bsmt:rcrm,hba | +5,000 | bsmt:rcrm,hba | +5,000 |
| Net Adjust (Total) | | ☐ + ☒ − | $ -13,000 | ☐ + ☒ − | $ -5,000 | ☐ + ☒ − | $ -2,500 |
| Indicated Value Sub. | | | $ 106,000 | | $ 105,000 | | $ 107,500 |

General Comments: The comparable sales used in this report are considered to be the best, most similar comparable's available as of the effective date of the appraisal. They are indicative of properties the buying marketplace would consider to be similar and competing. Departure from USPAP Standards Rule 1-4(b) & 1-4(c) is noted within this report. **See 'Departure Disclosure'.**

Estimated Value $ 106,000 as of 07/07/2016  
Completed By: Benjamin C. Todd  Title: Chief Appraiser/President  
Signature: [signature]  Date: 07/07/2016

[Y2K]

# Location Map

| | |
|---|---|
| Borrower | Clients: Crystal Sommerville / Jump Legal Group |
| Property Address | 343 Haymarket Pl |
| City | Columbus County Franklin State OH Zip Code 43230 |
| Lender/Client | Jump Legal Group |



## Subject Photo Page

| | |
|---|---|
| Borrower | Clients: Crystal Sommerville / Jump Legal Group |
| Property Address | 343 Haymarket Pl |
| City | Columbus   County Franklin   State OH   Zip Code 43230 |
| Lender/Client | Jump Legal Group |



### Subject Front

343 Haymarket Pl
Sales Price
Gross Living Area      972
Total Rooms            5
Total Bedrooms         3
Total Bathrooms        1.0
Location               Gahanna Jefferson SD
View                   similar homes
Site
Quality
Age                    52



### Subject Front/Side



### Subject Street

## Comparable Photo Page

| | |
|---|---|
| Borrower | Clients: Crystal Sommerville / Jump Legal Group |
| Property Address | 343 Haymarket Pl |
| City | Columbus    County Franklin    State OH    Zip Code 43230 |
| Lender/Client | Jump Legal Group |



### Comparable 1
350 Triumph Way
Prox. to Subject     0.30 miles W
Sales Price          119,000
Gross Living Area    972
Total Rooms          5
Total Bedrooms       3
Total Bathrooms      1.0
Location             Gahanna Jefferson SD
View                 similar homes
Site
Quality
Age                  54
File Photo



### Comparable 2
332 Avonwick Pl
Prox. to Subject     0.09 miles E
Sales Price          110,000
Gross Living Area    972
Total Rooms          5
Total Bedrooms       3
Total Bathrooms      1.0
Location             Gahanna Jefferson SD
View                 similar homes
Site
Quality
Age                  52
File Photo



### Comparable 3
249 Regents Rd
Prox. to Subject     0.21 miles SW
Sales Price          110,000
Gross Living Area    928
Total Rooms          5
Total Bedrooms       3
Total Bathrooms      1.0
Location             Gahanna Jefferson SD
View                 similar homes
Site
Quality
Age                  53
File Photo

## LIMITED APPRAISAL DEPARTURE DISCLOSURE

This report is a Limited Appraisal made according to the binding and specific requirements of the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation.  The Departure Rule permits departures from some sections of the USPAP that are classified as guidelines.  USPAP places the burden of proof on the appraiser to decide before accepting an assignment which calls for something less than, or different from, the work that would otherwise be required by USPAP guidelines, and to determine that the appraisal process is not so limited that the results of the assignment are no longer credible.  The appraiser must advise the client that a limited appraisal assignment may not be as reliable as a complete appraisal, and that the report must clearly identify and explain the departures.  The client must agree that the performance of a limited appraisal service would be appropriate, given the intended use.

[X] I am satisfied that the appraisal I performed is not so limited that the results of the assignment will tend to mislead or confuse the client or any other disclosed intended users of the report.  I have indicated below those specific sections of the USPAP from which I have departed.  I have prominently disclosed in the appraisal report that this is a limited appraisal and that I have not performed all of the items of the appraisal process for a complete appraisal, and that a limited appraisal may be less reliable than a complete appraisal.

[ ] **Standards Rule 1-3 (a)** "identify and analyze the effect on use and value of existing land use regulations, reasonably probable modifications of such land use regulations, economic supply and demand, the physical adaptability of the real estate, and market area trends;"

Departure: _____
Explanation: _____

[ ] **Standards Rule 1-3 (b)** "develop an opinion of the highest and best use of the real estate."

Departure: _____
Explanation: _____

[ ] **Standards Rule 1-4 (a)** "When a sales comparison approach is applicable, an appraiser must analyze such comparable sales data as are available to indicate a value conclusion."

Departure: _____
Explanation: _____

[X] **Standards Rule 1-4 (b)** "When a cost approach is applicable, an appraiser must: (i) develop an opinion of site value by an appropriate appraisal method or technique; (ii) analyze such comparable cost data as are available to estimate the cost new of the improvements (if any); and (iii) analyze such comparable data as are available to estimate the difference between the cost new and the present worth of the improvements (accrued depreciation)."

Departure: In the residential owner-occupied market the sales comparison approach is the best and most reliable determination of value.
Explanation: The 'cost approach' is very subjective in nature as it relies on the age/life method and is not as reliable as the 'sales approach'.

[X] **Standards Rule 1-4 (c)** "When an income approach is applicable, an appraiser must: (i) analyze such comparable rental data as are available and/or the potential earnings capacity of the property to estimate the gross income potential of the property; (ii) analyze such comparable operating expense data as are available to estimate the operating expenses of the property; (iii) analyze such comparable data as are available to estimate rates of capitalization and/or rates of discount; and (iv) base projections of future rent and/or income potential and expenses on reasonably clear and appropriate evidence."

Departure: In the residential owner-occupied market the 'sales comparison' approach is the best and most reliable determination of value.
Explanation: The 'income approach' is not warranted as the subject property is not an income producing property.

[ ] **Standards Rule 1-4 (d)** "When developing an opinion of the value of a leased fee estate or a leasehold estate, an appraiser must analyze the effect on value, if any, of the terms and conditions of the lease(s)."

Departure: _____
Explanation: _____

[ ] **Standards Rule 1-4 (e)** "An appraiser must analyze the effect on value, if any, of the assemblage of the various estates or component parts of a property and refrain from valuing the whole solely by adding together the individual values of the various estates or component parts."

Departure: _____
Explanation: _____

[ ] **Standards Rule 1-4 (f)** "An appraiser must analyze the effect on value, if any, of anticipated public or private improvements, located on or off the site, to the extent that market actions reflect such anticipated improvements as of the effective appraisal date."

Departure: _____
Explanation: _____

[ ] **Standards Rule 1-4 (g)** "An appraiser must analyze the effect on value of any personal property, trade fixtures, or intangible items that are not real property but are included in the appraisal."

Departure: _____
Explanation: _____

[ ] **Standards Rule 1-4 (h)** "When appraising proposed improvements, an appraiser must examine and have available for future examination: (i) plans, specifications, or other documentation sufficient to identify the scope and character of the proposed improvements; (ii) evidence indicating the probable time of completion of the proposed improvements; and (iii) reasonably clear and appropriate evidence supporting development costs, anticipated earnings, occupancy projections, and the anticipated competition at the time of completion."

Departure: _____
Explanation: _____

Additional Explanations:    Unless otherwise indicated the subject property was inspected from the exterior only.  The extraordinary assumption has been made that the interior is in similar condition to the exterior.

| | | | | |
|---|---|---|---|---|
| Borrower | Clients: Crystal Sommerville / Jump Legal Group | | | File No. 16443 |
| Property Address | 343 Haymarket Pl | | | |
| City Columbus | | County Franklin | State OH | Zip Code 43230 |
| Lender/Client | Jump Legal Group | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report     (A written report prepared under Standards Rule   2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report    (A written report prepared under Standards Rule   2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
Appraisal assistance was provided by Kerry D. McGee, Registered Real Estate Appraiser Assistant, #OH2013002075.

### Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:     10 to 50 days.

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements: See departure disclosure.

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *[signed]* | Signature: |
| Name: Benjamin C. Todd | Name: |
| State Certification #: | State Certification #: |
| or State License #: 2005004048 | or State License #: |
| State: OH  Expiration Date of Certification or License: 06/22/2017 | State:    Expiration Date of Certification or License: |
| Date of Signature and Report: 07/07/2016 | Date of Signature: |
| Effective Date of Appraisal: 07/07/2016 | |
| Inspection of Subject: [ ] None  [ ] Interior and Exterior  [X] Exterior-Only | Inspection of Subject: [ ] None  [ ] Interior and Exterior  [ ] Exterior-Only |
| Date of Inspection (if applicable): 07/07/2016 | Date of Inspection (if applicable): |

16-53896
File No. 16443

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

    Little or no updating or modernization. This description includes, but is not limited to, new homes.
    Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

    The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
    An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

    Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
    A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

    Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

    Example:
    3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE